United States District Court
Southern District of Texas
**ENTERED**
April 14, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| DOMINGO ROLANDO RAMIREZ, § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. 2:24-CV-00230 |
| § | |
| DEA FMRI AGENCY, § § | |
| Defendant. § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court is United States Magistrate Judge Jason B. Libby's Memorandum and Recommendation to Dismiss Case for Failure to Prosecute (M&R, D.E. 21), issued on December 12, 2024. The M&R recommends dismissing this action because, despite multiple orders and warnings, Plaintiff has failed to pay the filing fee or file a proper application to proceed *in forma pauperis*. Plaintiff has since filed two letters (D.E. 23, 26), which the Court construes as objections.

Plaintiff purports to provide evidence that he has paid the filing fee or that Defendant has interfered with his payment. D.E. 23, 26. However, the materials provided indicate only that he had sent items for another case pending in the Houston Division of the Southern District of Texas. There is no competent evidence that he has paid the filing fee for this case in the Corpus Christi Division or that Defendant has interfered with his payment efforts. The objection is **OVERRULED**.

Having reviewed the findings of fact, conclusions of law, and recommendations set forth in the Magistrate Judge's Memorandum and Recommendation, as well as Plaintiff's objections, and all other relevant documents in the record, and having made a de novo disposition of the portions of the Magistrate Judge's Memorandum and Recommendation to which objections were specifically directed, the Court **OVERRULES** Plaintiff's objections and **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, the Court **ORDERS** that this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b).

**ORDERED** on April 14, 2025.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE